United States District Court
Southern District of Texas

**ENTERED**

April 02, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MANUEL RODRIGUEZ LINARES,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-CV-00554** |
| | § | |
| **RAYMOND THOMPSON,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Petitioner's Second Motion to Enforce Judgment and for Relief in Aid of Execution (ECF No. 11). The Court sets a hearing for this matter for Tuesday, April 14, 2026, at 1:00 p.m.

- All Parties may appear by telephone by calling in on the Court's dial-in number at +1 669-254-5252.
- Enter meeting ID: 160 7362 7986#
- No participant ID − press #
- Enter passcode: 3716#.

The Court **ORDERS** Respondents to prepare to discuss the events that transpired at Petitioner's bond hearing on March 24, 2026. Among other things, Respondents will be expected to address Petitioner's allegation that the "DHS Attorney was completely unprepared, and had filed no evidence in the matter" and that the Immigration Judge "indicated that he would not respect" this Court's, order placing the burden upon the Government to show by clear and convincing evidence that Petitioner is a flight risk or a danger to his community in order to justify continued detention without bond. *See* ECF No. 11 – Ex. 2. If a transcript or recording of

1 / 2

the hearing is available, Respondents shall file that documentation with the Court prior to the April 14 hearing.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 2nd day of April, 2026.

Keith P. Ellison
United States District Judge